UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-539 CAS (PLAx) | Date | February 24, 2008 |
|---|---|---|---|
| Title | FEDERAL NATIONAL MORTGAGE ASSOCIATION v. JUAN J. MACIAS | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |

**Proceedings:** (In Chambers:) ORDER TO SHOW CAUSE RE: WHY ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION

On September 15, 2008, plaintiff filed the instant action in Los Angeles County Superior Court, alleging unlawful detainer following foreclosure sale, pursuant to California Code of Civ. P. §1161a *et seq*. On January 23, 2009, defendant Juan J. Macias, who is *pro se*, filed a notice of removal in the instant action. Defendant states that he was served with the complaint on September 20, 2008. Pursuant to 28 U.S.C. §1446(b), a notice of removal in a civil action must be filed within thirty days after the defendant receives a copy of the complaint or summons. Defendant's removal is therefore time-barred.

Furthermore, there does not appear to be any basis for federal jurisdiction in this case. Defendant alleges that the Court has federal question jurisdiction over the instant action because the instant action arises under the Real Estate Settlement and Procedures Act, codified at 12 U.S.C. §2601, *et seq*.; the Federal Fair Debt Collection Practices Act, codified at 15 U.S.C. §1692, *et seq*.; and the Racketeer Influenced and Corrupt Organizations Act codified at 18 U.S.C. §1961, *et seq*. However, none of these federal statutes are at issue in the instant action.[1] Plaintiff's sole cause of action is a state law claim for unlawful detainer. Thus, it does not appear that there is any federal question in

---

[1] Defendant may be referring to claims he brought against plaintiff in a different case, Juan J. Macias et al v. Federal National Mortgage Association, CV 08-6352-CAS. All of the claims associated with that case were dismissed without prejudice on January 28, 2009.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-539 CAS (PLAx) | Date | February 24, 2008 |
|---|---|---|---|
| Title | FEDERAL NATIONAL MORTGAGE ASSOCIATION v. JUAN J. MACIAS | | |

the instant action and jurisdiction appears to be lacking.

For the foregoing reasons, defendant is hereby ORDERED TO SHOW CAUSE on or before March 11, 2009 why the instant action should not be remanded.

IT IS SO ORDERED.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |