UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES - GENERAL

| Case No. | CV 09-539 CAS (PLAx) | Date | March 16, 2009 |
|---|---|---|---|
| Title | FEDERAL NATIONAL MORTGAGE ASSOCIATION v. JUAN J. MACIAS | | |

Present: The Honorable  CHRISTINA A. SNYDER

| CATHERINE JEANG | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:**  (In Chambers:) ORDER REMANDING CASE TO SUPERIOR COURT

On September 15, 2008, plaintiff filed the instant action in Los Angeles County Superior Court, alleging unlawful detainer following foreclosure sale, pursuant to California Code of Civ. P. §1161a *et seq*. On January 23, 2009, defendant Juan J. Macias, who is *pro se*, removed the instant action to this Court on the basis of federal question jurisdiction, pursuant to 28 U.S.C. §1331. However, there are no federal claims at issue in the instant case. Furthermore, defendant's notice of removal is time-barred. On February 24, 2009, this Court ordered defendant to show cause by March 11, 2009 why the instant action should not be remanded. Defendant failed to respond to the Court's order to show cause. Accordingly, the Court hereby REMANDS the instant action to Los Angeles County Superior Court.

IT IS SO ORDERED.

00 : 00

Initials of Preparer  CMJ